IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| YHON CARLOS GAMBOA OSORIO,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>   Respondent. | CIVIL ACTION NO.: 5:26-cv-35 |

**O R D E R**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what appears to be the same claim and seeking the same relief as the Petitioners in the <u>Villa v. Normand</u>, 5:25-cv-89, consolidated cases. Thus, the Court **DIRECTS** Respondents to **SHOW CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases consolidated into <u>Villa</u> within **five business days** of this Order. The Court **DIRECTS** the United States Marshal to serve a copy of the Petition, doc. 1, and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Warden-Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. <u>See</u> Fed. R. Civ. P. 4(i). The Court **DIRECTS** the Clerk of Court to provide a courtesy copy of this Order and the Petition to the

United States Attorney's Office at: Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and Keveya.Sturkey@usdoj.gov.

**SO ORDERED**, this 14th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA